No. 234, Misc.   MARVICH v. HEINZE, WARDEN.   The motion for leave to file petition for writ of habeas corpus is denied.

No. 258, Misc.   CAREY v. BURKE, WARDEN.   The motion for leave to file petition for writ of certiorari is denied.

No. 85.   LOCAL 74, UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, A. F. OF L., ET AL. v. NATIONAL LABOR RELATIONS BOARD.   C. A. 6th Cir.   Certiorari granted.   *Charles H. Tuttle* and *Francis X. Ward* for petitioners.   *Solicitor General Perlman, Robert N. Denham, David P. Findling, Mozart G. Ratner* and *Marcel Mallet-Prevost* for respondent.

No. 108.   INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 501, A. F. OF L., ET AL. v. NATIONAL LABOR RELATIONS BOARD.   C. A. 2d Cir.   Certiorari granted.   *Sydney A. Syme, Louis Sherman* and *Philip R. Collins* for petitioners.   *Solicitor General Perlman, Robert N. Denham, David P. Findling, Mozart G. Ratner* and *Marcel Mallet-Prevost* for respondent.

No. 313.   NATIONAL LABOR RELATIONS BOARD v. INTERNATIONAL RICE MILLING CO., INC. ET AL.   C. A. 5th Cir.   Certiorari granted.   *Solicitor General Perlman* and *David P. Findling* for petitioner.

No. 393.   NATIONAL LABOR RELATIONS BOARD v. DENVER BUILDING & CONSTRUCTION TRADES COUNCIL ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari granted.   *Solicitor General Perlman* for petitioner.   *Louis Sherman, Martin F. O'Don-*